IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHANIE ALEXANDRA R.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No.:  3:23-cv-01395-AN<br><br><br>ORDER |

　　　　Pursuant to the February 4, 2026 Stipulated Motion for Attorney Fees Under 28 U.S.C. § 2412(d), ECF [22], it is hereby ORDERED that attorney fees in the amount of $10,345.17 are awarded to plaintiff pursuant to the Equal Justice Act, 28 U.S.C. § 2412.  The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

　　　　If plaintiff has no such debt, then the award shall be made by check payable and mailed to plaintiff's attorney as follows: NW Disability Benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293.  If plaintiff has such debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

　　　　DATED this 4th day of March, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　_Adrienne Nelson_
　　　　　　　　　　　　　　　　　　　　　　　　Adrienne Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1